No. 122. LEO L. SPEARS *v.* THE STATE BOARD OF MEDICAL EXAMINERS OF THE STATE OF COLORADO. Error to the Supreme Court of the State of Colorado. Argued December 6, 1927. Decided December 12, 1927. *Per Curiam.* Dismissed for want of a substantial Federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Albert L. Voye,* with whom *Mr. Carle Whitehead* was on the brief, for plaintiff in error. *Messrs. Wm. L. Boatright* and *Charles H. Haines* were on the brief for defendant in error.

---

No. 599. HENRY HUNTER *v.* THE STATE OF LOUISIANA. Error to the Supreme Court of the State of Louisiana. Argued December 6, 1927. Decided December 12, 1927. *Per Curiam.* The judgment of the Supreme Court of the State of Louisiana in this case is affirmed for the reason that, on the record and on the facts, no substantial Federal question is presented. *Shulthis* v. *McDougal,* 226 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Lewell C. Butler,* with whom *Mr. E. H. Randolph* was on the brief, for plaintiff in error. *Mr. Aubrey M. Pyburn,* with whom *Messrs. Percy Saint* and *E. R. Schowalter* were on the brief, for defendant in error.